PROB 12B
(Rev. 3/12)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Sergio Javier Granados | Case Number: | 0868 3:95CR00077 |

Name of Sentencing Judicial Officer:     Patrick A. Conmy United States District Court Judge

Date of Original Sentence:             6/10/1996

Original Offense:        11 counts of conspiracy to possess with intent to distribute cocaine and heroin, distribution of cocaine, employment or use of persons under 18 years of age to distribute cocaine, aiding and abetting, carrying a firearm during and in relation to a drug trafficking crime

Original Sentence:        348 months and 8 years of supervised release

Type of Supervision:    Supervised Release        Date Supervision Commenced:        10/11/2019

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ Years, for a total term of _____ Years.

☒    To modify the conditions of supervision as follows:                        _____

1. You must disclose your financial situation at the request of the supervising probation officer.
2. As directed by the Court, if during the period of supervised release the supervising probation officer determines you are in need of placement in a Residential Re-Entry Center (RRC), you must voluntarily report to such a facility as directed by the supervising probation officer, cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility without prior permission of the supervising probation officer. The Court retains and exercises ultimate responsibility in this delegation of authority to the probation officer.
3. You must submit your person, residence, workplace, vehicle, computer (including password), and/or possessions to a search conducted by a United States Probation Officer based upon reasonable suspicion of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation, additional criminal charges, and arrest. You must notify any other residents that the premises may be subject to searches pursuant to this condition.
4. You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory

PROB 12B
(Rev. 2/13)
Granados, Sergio
0868 3:95CR00077

revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.

CAUSE

Mr. Granados does not have any special conditions of supervised release. He begins his term of supervised release on October 11, 2019. USPO believes it is both reasonable and necessary to add the above conditions to effectively supervise Mr. Granados.

Respectfully submitted,

By:  /s/ Heather Klemetson
U.S. Probation Officer
Date:  October 8, 2019

THE COURT ORDERS:

☐  No action.
☐  The extension of supervision as noted above.
☑  The modification of conditions as noted above.
☐  Other

_____
Signature of Judicial Officer

October 8, 2019
_____
Date

PROB 49
(Rev. 2/2013)

# UNITED STATES DISTRICT COURT

### for

### DISTRICT OF NORTH DAKOTA

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You must disclose your financial situation at the request of the supervising probation officer.

2. As directed by the Court, if during the period of supervised release the supervising probation officer determines you are in need of placement in a Residential Re-Entry Center (RRC), you must voluntarily report to such a facility as directed by the supervising probation officer, cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility without prior permission of the supervising probation officer. The Court retains and exercises ultimate responsibility in this delegation of authority to the probation officer.

3. You must submit your person, residence, workplace, vehicle, computer (including password), and/or possessions to a search conducted by a United States Probation Officer based upon reasonable suspicion of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation, additional criminal charges, and arrest. You must notify any other residents that the premises may be subject to searches pursuant to this condition.

4. You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.

PROB 49
(Rev. 2/2013)

_____
Heather Klemetson
U.S. Probation Officer

_____   10/08/19
Sergio  Granados      Date